# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437** <br> **13-MD-2437** <br><br> **Honorable Michael M. Baylson** |
| THIS DOCUMENT RELATES TO: <br> *Janicki Drywall Inc. v. Certainteed Corp., et al.*, <br> No. 2:12-cv-7106 <br> (E.D. Pa.) | |
| THIS DOCUMENT RELATES TO: <br> *New Deal Lumber & Millwork Co., Inc. v. USG Corporation, et al.*, <br> No. 2:12-cv-7161 <br> (E.D. Pa.) | |
| THIS DOCUMENT RELATES TO: <br> *Sierra Drywall Systems, Inc. v. Certainteed Corp., et al.*, <br> No. 2:13-cv-0020 <br> (E.D. Pa.) | |
| THIS DOCUMENT RELATES TO: <br> *Grubb Lumber Company, Inc. v. USG Corp., et al.*, <br> No. 2:13-cv-249 <br> (E.D. Pa.) | |
| THIS DOCUMENT RELATES TO: <br> *Pitter, et al. v. Certainteed Corp., et al.*, <br> No. 2:13-cv-384 <br> (E.D. Pa.) | |

| |
|---|
| THIS DOCUMENT RELATES TO:<br>*Glaser v. Certainteed Corp., et al.*,<br>No. 2:13-cv-559<br>  (E.D. Pa.) |
| THIS DOCUMENT RELATES TO:<br>*Agbodike v. Certainteed Corp., et al.*,<br>No. 2:13-cv-607<br>  (E.D. Pa.) |

# ORDER

**AND NOW** this 31st day of October, 2023, with respect to the above matters and considering the prior settlement or other termination of these cases, the Clerk of Court is hereby directed to close the above seven (7) actions.

> **BY THE COURT:**
>
> /s/ Michael M. Baylson
>
> _____
> **MICHAEL M. BAYLSON**
> **United States District Court Judge**

O:\13md2437 order closing still open cases.docx

#3568823v1